# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTHONY QUINTERO-SANDOVAL, individually and as Successor-in-Interest to Cecilia Sandoval, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID GRILIONE, D.C., et al.,<br><br>Defendants. | Case No. 1:25-cv-00423-JLT-SKO<br><br>ORDER REQUIRING PLAINTIFFS TO FILE NOTICE OF ADEQUATE REPRESENTATION OR APPLICATION FOR APPOINTMENT OF GUARDIAN(S) AD LITEM FOR MINOR PLAINTIFFS PURSUANT TO LOCAL RULE 202(a)<br><br>**TWENTY-ONE DAY DEADLINE** |

Plaintiffs Marco Anthony Quintero-Sandoval, individually and as Successor-in-Interest to Cecilia Sandoval; Valeria Jiselle Fuentes-Sandoval; Gil-Alberto Fuentes-Sandoval; and Guadalupe Sandoval (collectively, Plaintiffs) filed a wrongful death action in Fresno County Superior Court on August 10, 2023.  (Doc. 1 at 7–10.)  The action was removed to this Court under the Federally Supported Health Centers Assistance Act, 42 U.S.C. § 233(c), on April 10, 2025.  (*Id*. at 1–5.)

Rule 17 of the Federal Rules of Civil Procedure provides that a suit by a minor may be brought or defended by "(A) a general guardian; (B) a committee; (C) a conservator; or (D) a like fiduciary."  Fed. R. Civ. P. 17(c)(1).  The Local Rules of the Eastern District of California provide that:

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor or incompetent

> person, the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person.

E.D. Cal. L.R. 202(a).

Here, the complaint indicates that Plaintiffs Valeria Jiselle Fuentes-Sandoval and Gil-Alberto Fuentes-Sandoval are minors. (Doc. 1 at 7.) Thus, Plaintiffs' counsel is required to present evidence of the appointment of a representative for the minors under state law, a motion for the appointment of a guardian ad litem, or a showing satisfactory to the Court that no appointment of a guardian ad litem is necessary to ensure adequate representation of the minors.  However, upon review of the docket, no such evidence of appointment, motion for guardian ad litem, or notice of adequate representation has been filed.

Accordingly, IT IS HEREBY ORDERED that within **twenty-one (21) days** from the date of entry of this order, Plaintiffs' counsel shall make the appropriate filing demonstrating their compliance with Local Rule 202(a), as required by Federal Rule of Civil Procedure 17, for the minor Plaintiffs.

IT IS SO ORDERED.

Dated:   **December 18, 2025**              /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE