1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARCO ANTHONY QUINTERO-
SANDOVAL, *individually and as Successor-in-
Interest to Cecilia Sandoval*; V.J.F.S. and
G.A.F.S., *by and through their guardian ad
litem, Gildardo Fuentes*, and GUADALUPE
SANDOVAL,

               Plaintiffs,

   v.

DAVID GRILIONE, D.C., et al.,

               Defendants.

_____/

Case No.  1:25-cv-00423-JLT-SKO

**ORDER GRANTING APPLICATION OF
GILDARDO FUENTES FOR
APPOINTMENT AS *GUARDIAN AD
LITEM* FOR MINOR PLAINTIFFS
V.J.F.S. AND G.A.F.S.**

(Doc. 24)

     The Court, having considered the Application of Gildardo Fuentes for Appointment as *guardian ad litem* for V.J.F.S. and G.A.F.S., (Doc. 24), minor plaintiffs in the above-referenced action, along with the declaration in support of the Application, (*id.* at 3), and good cause appearing,

     IT IS HEREBY ORDERED that non-party Gildardo Fuentes be, and is hereby, appointed as *guardian ad litem* for V.J.F.S. and G.A.F.S. in the above-referenced action pursuant to Federal Rule of Civil Procedure 17(c)(2).  *See* E.D. Cal. Local Rule 202(a).

IT IS SO ORDERED.

Dated:  __**January 9, 2026**__                    _____*/s/ Sheila K. Oberto*_____

                                          UNITED STATES MAGISTRATE JUDGE