# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MARCOS ANTHONY QUINTERO-SANDOVAL et al.,

Plaintiffs,

v.

DAVID GRILLIONE, D.C., et al.,

Defendants.

Case No. 1:25-cv-0423- JLT-EGC

**ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER**

(Doc. 28)

Having considered the parties' Stipulation to Modify the Scheduling Order, (Doc. 28), and for good cause shown, it is hereby **ORDERED** that the following dates set forth in the December 19, 2025 Scheduling Order, (Doc. 23), are **VACATED** and **CONTINUED** according to the revised schedule below:[1]

| **Event** | **Scheduled Date** | **Continued Date** |
|---|---|---|
| Non-Expert Discovery | September 18, 2026 | December 18, 2026 |
| Disclosure of Experts | October 19, 2026 | January 15, 2026 |
| Disclosure of Rebuttal Experts | November 19, 2026 | February 19, 2026 |
| Expert Discovery Deadline | December 21, 2026 | March 22, 2027 |
| Non-Dispositive Motions (filing deadline) | January 13, 3027 | April 7, 2027 |
| Non-Dispositive Motions (hearing deadline) | February 17, 2027 | May 12, 2027 |

[1] The Court has *sua sponte* continued the dates for the non-dispositive motion and dispositive motion filings, as they must be set after the close of discovery. The pre-trial and trial dates remain as set. If the parties are requesting a settlement conference, they should jointly contact the Court with three or our proposed dates prior to May 10, 2027.

| | | |
|---|---|---|
| Dispositive Motions (filing deadline) | February 4, 2027 | April 14, 2027 |
| Dispositive Motions (hearing deadline) | March 11, 2027 | May 19, 2027 |
| Pretrial Conference | August 9, 2027 | August 9, 2027 |
| Trial | October 5, 2027 | October 5, 2027 |

IT IS SO ORDERED.

Dated: **September 21, 2026**

Erin Sug Castillo
UNITED STATES MAGISTRATE JUDGE